AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| EVERCREST INDUSTRIES LLP, a limited liability partnership duly organized and existing under the laws of India, and PRAKASH RASIKLAL DHARIWAL, an individual Indian citizen, <br><br> *Plaintiff(s)* <br><br> v. <br><br> GANESHA ENTERPRISES LLC, a limited liability company organized and existing under the laws of Nevada; GANESHA CANADA LLC, a limited liability company organized and existing under the laws of Nevada; (See Attachment #1) <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 2:26-cv-06718 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Ganesha Enterprises LLC
5200 Sigstrom Drive
Carson City, NV 89706
(See Attachment #2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Anthony M. Keats
Konrad K. Gatien
Matthew E. Graham
Keats Gatien, LLP
9100 Wilshire Blvd., Suite 210W
Beverly Hills, CA 90212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:_____        _____

*Signature of Clerk or Deputy Clerk*

ATTACHMENT #1 TO SUMMONS

KEATS GATIEN LLP
Anthony M. Keats (SBN 123672)
tony@keatsgatien.com
Konrad Gatien (SBN 221770)
kg@keatsgatien.com
Matthew E. Graham (SBN 308115)
matt@keatsgatien.com
9100 Wilshire Boulevard, Suite 210W
Beverly Hills, CA 90212
Telephone: 424-302-0692

Attorneys for Plaintiffs
EVERCREST INDUSTRIES LLP,
 and PRAKASH RASIKLAL DHARIWAL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERCREST INDUSTRIES LLP, a limited liability partnership duly organized and existing under the laws of India; and PRAKASH RASIKLAL DHARIWAL, an individual Indian citizen;<br><br>          Plaintiffs,<br><br>     v.<br><br>GANESHA ENTERPRISES LLC, a limited liability company organized and existing under the laws of Nevada; GANESHA CANADA LLC, a limited liability company organized and existing under the laws of Nevada; GANESHASPICE.COM LLC, a limited liability company organized and existing under the laws of Nevada; KEDAR LLC, a limited liability company organized and existing under the laws of Nevada; KINGS & LIONS L.L.C., a limited liability company organized and existing under the laws of Nevada; KARUNESH GUPTA, an individual; and JOHN DOES 1 to 10, inclusive,<br><br>          Defendants. | Case No. 2:26-cv-06718<br><br>**COMPLAINT FOR:**<br><br>1. **FEDERAL TRADEMARK COUNTERFEITING AND INFRINGEMENT (15 U.S.C. §§ 1114-1117);**<br>2. **FEDERAL FALSE DESIGNATION OF ORIGIN AND FALSE DESCRIPTION (15 U.S.C. § 1125(a));**<br>3. **FEDERAL FALSE MARKING (35 U.S.C. § 292);**<br>4. **STATE STATUTORY UNFAIR COMPETITION (Cal. Bus. & Prof. Code § 17200, *et seq.*);**<br>5. **COMMON LAW UNFAIR COMPETITION; and,**<br>6. **CONSTRUCTIVE TRUST (Cal. Civ. Code § 2224)**<br><br><br>**<u>DEMAND FOR JURY TRIAL</u>** |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>Evercrest Industries LLP, et al. v. Ganesha Enterprises LLC, et al.</u>
U.S. District Court, Central District of California
Case No. 2:26-cv-06718

## <u>ATTACHMENT #2 TO SUMMONS</u>

**DEFENDANTS TO BE SERVED:**

**GANESHA ENTERPRISES LLC**
a limited liability company organized and existing under the laws of Nevada
5200 Sigstrom Drive
Carson City, NV 89706

**GANESHA CANADA LLC**
a limited liability company organized and existing under the laws of Nevada
2572 Fern Meadow Circle
Carson City, NV 89703

**GANESHASPICE.COM LLC**
limited liability company organized and existing under the laws of Nevada
2572 Fern Meadow Circle
Carson City, NV 89703

**KEDAR LLC**
a limited liability company organized and existing under the laws of Nevada
2572 Fern Meadow Circle
Carson City, NV 89703

**KINGS & LIONS L.L.C.**
a limited liability company organized and existing under the laws of Nevada
5200 Sigstrom Drive
Carson City, NV 89706

**KARUNESH GUPTA**, an individual
2572 Fern Meadow Circle
Carson City, NV 89703